UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Diosdado Aguilar Vazquez, | No. 25-cv-3162 (KMM/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, et al., | |
| Respondents. | |

---

This matter is before the Court on the Petitioner's motion for a preliminary injunction. Dkt. 3. The Court held a hearing on the motion on August 19, 2025 and issued a ruling from the bench granting the Petitioner's motion. This Order memorializes that decision. The Court gave a detailed explanation of its reasoning on the record and will not repeat it here. Consistent with the Court's bench ruling, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion for a preliminary injunction (Dkt. 3) is **GRANTED** pursuant to Rule 65(a).
2. Respondents must provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days of this Order.
3. Respondents are enjoined from denying bond to Petitioner on the basis that he is detained pursuant to 8 U.S.C. § 1225(b)(2).
4. The Court finds that any bond ordered by an immigration judge will satisfy the requirements of Rule 65(c).

Date: August 19, 2025

*s/Katherine Menendez*
Katherine Menendez
United States District Judge