UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:25-cv-03162-KMM-ECW

DIOSDADO AGUILAR VAZQUEZ,

    Petitioner,

v.                                                    **ORDER**

PAMELA BONDI, ATTORNEY
GENERAL; et. al.,

    Respondents.

This matter is before the Court on the Parties' Stipulation to Dismiss. *See* Docket No. 19. Based upon review of the files and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. This matter be DISMISSED without Prejudice.

2. Each party to bear its own attorney's fees, costs, and disbursements

Dated: September 4, 2025                                     <u>s/Katherine M. Menendez</u>
                                                                            KATHERINE M. MENENDEZ
                                                                            United States Magistrate Judge